MICHAEL P. ROCHE (*pro hac vice* forthcoming)
mroche@winston.com
BENJAMIN M. OSTRANDER (*pro hac vice* forthcoming)
bostrander@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:  (312) 558-5600
Facsimile:   (312) 558-5700

TRISTAN R. KIRK (BAR NO. 313262)
tkirk@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendant
SHC SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE DUNN, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHC SERVICES, INC., a Delaware Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:21-at-00520<br><br>(Fresno County Superior Court Case No. 21CECG00896)<br><br>**DEFENDANT SHC SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint filed: March 30, 2021 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SHC Services, Inc. ("SHC") hereby states that the following is a complete list of its parent corporations and any publicly-held company that owns 10% or more of their stock:

SHC is a wholly-owned subsidiary of SHC HoldCo, Inc., which is a wholly-owned subsidiary of TVG-SHC Acquisition, Inc., whose ultimate parent is TVG-SHC Holdings, LLC.

Dated:  May 6, 2021          WINSTON & STRAWN LLP


By: /s/ Tristan R. Kirk
    Michael P. Roche (*pro hac vice* forthcoming)
    Benjamin M. Ostrander (*pro hac vice* forthcoming)
    Tristan R. Kirk
    Attorneys for Defendant
    SHC SERVICES, INC.