# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE DUNN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SHC SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 1:21-cv-00744-NONE-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO REMAND FOR OCTOBER 27, 2021<br><br>(ECF Nos. 7, 15, 16) |

On April 1, 2021, Plaintiff Deirdre Dunn, on behalf of herself and others similarly situated, initiated this class action complaint in the Superior Court of Fresno. (ECF No. 1-1.) Defendant removed the action to this Court on May 6, 2021. (ECF No. 1.) On May 17, 2021, Plaintiff filed a motion to remand that was originally set for hearing on June 14, 2021, at 9:30 a.m. before the undersigned. (ECF No. 7.) On May 18, 2021, the District Judge issued a minute order stating the motion to remand would be heard and decided by the District Judge on the papers. (ECF No. 8.) Defendant filed an opposition on May 28, 2021, and Plaintiff replied on June 7, 2021. (ECF Nos. 15, 16.) On October 15, 2021, the District Judge referred the motion to remand to the undersigned for the entry of findings and recommendations "and/or other appropriate action." (ECF No. 17.)

1

1    Accordingly, IT IS HEREBY ORDERED that a hearing on Plaintiff's motion to remand (ECF No. 7) is SET for **October 27, 2021 at 10:00 a.m. in Courtroom 9** before the Honorable Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **October 15, 2021**

UNITED STATES MAGISTRATE JUDGE

2